IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Courtney White #240547_
Full name and prison number
of plaintiff(s)

v.

_Officer William Taylor_
_Officer Hill_
_Lt. Lewis_

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED

2022 MAY -2  A II: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

2:22-CV-257-RAH-SRW

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s) _____

             _____ N/A _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if
             state court, name the county) _____

             _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example:  Was the case dismissed?
     Was it appealed?  Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT *Loxley Community Work*

*Center*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Kilby*

*Correctional facility*

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| | *Kilby Correctional Facility* |
| 1. *Officer William Taylor* | *P.O. Box 150 Mt. Meigs, AL 36057* |
| | *Kilby Correctional Facility* |
| 2. *Officer Hill* | *P.O. Box 150 Mt. Meigs AL 36057* |
| | *Kilby Correctional Facility* |
| 3. *Lt. Lewis* | *P.O. Box 150 Mt. Meigs, AL 36057* |
| 4. | |
| 5. | |
| 6. | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED *July 3, 2021*

_____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Cruel + unusual treatment /*

*excessive use of force*

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

On the 3rd day of July 2021 at Kilby Correctional facility, plaintiff Courtney White #240547, went to the officer's cubicle to get the officer on duty (William Taylor) to call to healthcare unit to

~~GROUND TWO:~~ get him some medical attention for a cut on his thumb. Officer Taylor

~~SUPPORTING FACTS:~~ was conversating with inmate Darryl M. Frison #223616 when asked to call the healthcare and told inmate Courtney White #240547. "NO". I told him I had a right to seek medical attention and he sprayed me with pepper-spray called

~~GROUND THREE:~~ the code and back-up profusely hit me with batons

~~SUPPORTING FACTS:~~ busting my chin open and also my bottom lip. I then was escorted to the facility's health care unit where my injuries were documented.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Award the plaintiff All court cost and tex expense,
grant p+rial by jury, Award plaintiff both
compensatory and penative damages the court
determines appropriate and injunctive relief.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on   4-5-22                .
                (Date)

_____
Signature of plaintiff(s)

4

Courtney J.R. White AIS#340549 C-S1A
Loxley Community Work Center
P.O. Box 1030
Loxley, AL 36551

MOBILE AL 366
28 APR 2022 PM
5 APR 2022

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 36502
02 7H
0006027108

$ 000.53⁰

APR 28 2022

LEGAL MAIL

This correspondence is forwarded from an
Alabama State Prison. The contents have
not been evaluated, and the ADOC is not
responsible for the substance or content of
the enclosed communication.

United States District Court
Middle District of Alabama
Office of the Clerk
One Church Street
Montgomery, AL
36104

UTF
36104-401801
36551>1030