IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-257-RAH |
| | ) | |
| WILLIAM TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff's response to the Order of May 19, 2022, which directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his prison account for the 6-month period immediately preceding the filing of the instant Complaint. The document submitted by Plaintiff on June 9, 2022 is not responsive to the May 19 Order requesting information regarding Plaintiff's inmate account. The undersigned will therefore grant Plaintiff additional time to comply with the May 19 Order.

Accordingly, it is ORDERED that the deadline for Plaintiff to comply with the directives of the Court's May 19, 2022, Order is EXTENDED to **July 5, 2022.**

Plaintiff is informed that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed.

To aid Plaintiff in complying with this Order, the Clerk is DIRECTED to provide a copy of this Order to the inmate account clerk at the facility where Plaintiff is incarcerated. Although a copy of this Order will be provided to the inmate account clerk, Plaintiff is

cautioned it is his responsibility to obtain the necessary financial information from the inmate account clerk.

DONE, this 13th day of June, 2022.

/s/ Stephen M. Doyle
STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE